18,932-05

Re: Writ# WR-18932-05

Nov. 15, 2015

Dear Mr. Acosta

The above numbered writ along with supplemental clerks record was received by the Court of Criminal Appeals of Texas on Sept. 15, 2014.

Do there any indication or estimation of when this court might hear my writ?

Thank you for your time and consideration in this matter.

Sincerely
Phillip Wayne Keish
TDCJ # 1714944
810 FM 2821
Huntsville, Texas
77349

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk